IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 SEP 23 PM 2:37

**ENTERED**

SEP 23 2004

| | |
|---|---|
| LAURA WEBB and ANTHONY WEBB, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-PWG-1209-S |
| ) | |
| GENERAL MOTORS ACCEPTANCE ) | |
| CORPORATION - RESIDENTIAL FUNDING ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

On May 3, 2004, the magistrate judge filed a notice and order pursuant to the provisions of 28 U.S.C. § 636(b); Rule 72(b) of the Federal Rules of Civil Procedure; LR 72.1; and the General Orders of Reference dated July 25, 1996, May 8, 1998, as amended July 27, 2000. In the notice and order the magistrate judge concluded that defendant's motion for judgment on the pleadings was due to be granted. The magistrate judge interpreted the motion for judgment on the pleadings as relating only to counts one and two of the complaint. (Doc. # 18, p. 1, fn. 1). Count three was construed as a negligence claim. (Doc. #18, p. 2).

Plaintiffs have filed an opposition (doc. #22) which is construed as an objection to the magistrate judge's findings and recommendations. The defendant has filed a limited objection (doc. #23) and has argued that count three is also due to be dismissed. Upon review of the record, the court hereby OVERRULES plaintiffs' objection (doc. #22) and SUSTAINS defendant's objection (doc. # 23).

In the complaint, count three was styled as a claim for "negligence;" however, based on the allegations in the complaint, it is apparent that count three is actually a claim for negligent

25

misrepresentation. (Complaint, ¶¶ 24-28). Negligent misrepresentation falls within § 6-5-101, Code of Alabama (1975). The magistrate judge concluded that plaintiffs did not, as a matter of law, rely on the representations in the correspondence. Count three is due to be dismissed for the same reasons that counts one and two are due to be dismissed.

A separate Final Judgment consistent with this Memorandum of Opinion will be entered simultaneously herewith.

DONE this the 23rd day of September, 2004.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE